ELISA L. WYATT, ESQ.
Nevada Bar No. 13034
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727 1265; FAX (702) 727 1401
elisa.wyatt@wilsonelser.com
*Attorneys for Defendant Zephyr Cove Stables, LLC*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN MORELOS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ZEPHYR COVE STABLES, LLC, a Nevada Corporation.<br><br>Defendant | Case No.:   3:22-cv-00204-MMD-CSD<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT** |

Plaintiff Eileen Morelos, by and through her attorneys of record Clark Seegmiller, Esq. of Richard Harris Law Firm and Defendant Zephyr Cove Stables, LLC, by and through its attorneys of record Elisa L. Wyatt, Esq., of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, hereby stipulate and agree to the dismissal of Plaintiff's claims in the above-captioned action against Defendant**,** with prejudice, with each party to bear their own attorney's fees, costs and interest.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 1 of 2

278483976v.1

This stipulation fully resolves all pending claims.

DATED this 16th day of May 2023.                    DATED this 16th day of May 2023.

*/s/ Clark Seegmiller*                                        */s/ Elisa L. Wyatt*
CLARK SEEGMILLER, ESQ.                          ELISA L. WYATT, ESQ.
Nevada Bar No. 3873                                      Nevada Bar No. 13034
RICHARD HARRIS LAW FIRM                    WILSON, ELSER, MOSKOWITZ,
801 South Fourth Street                                 EDELMAN & DICKER LLP
Las Vegas, Nevada 89101                             6689 Las Vegas Blvd. South, Suite 200
Telephone: (702) 444-4444                           Las Vegas, NV 89119
Facsimile: (702) 444-4455                             Telephone: (702) 727-1264
Email: clark@richardharrislaw.com           Email: elisa.wyatt@wilsonelser.com
*Attorneys for Plaintiff*                                   *Attorneys for Defendant Zephyr Cove Stables, LLC*

IT IS SO ORDERED.

Dated this __16thn day of __May_____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 of 2

278483976v.1